```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/6/07
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
SHEILA CALLAGHAN, et al.,

                Plaintiffs,          07 Civ. 9611 (PKC)

    -against-

                                            ORDER

CITY OF NEW YORK, et al.,

                Defendants.
-----------------------------------------------------------x

P. KEVIN CASTEL, U.S.D.J.:

        The parties should be aware that my wife's sister's husband, Edward Mullane, is employed by the New York City Police Department and holds the rank of Inspector. He is assigned to One Police Plaza and I do not know his present responsibilities. Any party having any information bearing upon whether I ought to preside over this case is requested to disclose it to the undersigned by fax to Chambers received by November 19, 2007.

        The Clerk is directed to mail a copy of this Order to counsel for all parties of record and also to the Corporation Counsel of the City of New York.

        SO ORDERED.

                                                P. Kevin Castel
                                               United States District Judge

Dated: New York, New York
          November 6, 2007