UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

SHEILA CALLAGHAN, ARUN GUPTA, SCOTT KERNS, VADIM NEWQUIST, JESSICA RECHTSCHAFFER, WILLIAM SCHWARTZ, LIZ SHURA, WILLIAM TSU, JASON YEN, THOMAS BONAMICI, BRADFORD CONOVER, JOSHUA COTTON, SARAH HACKNEY, SALLY NEWMAN, and TERESA TORCHIANO,

**NOTICE OF APPEARANCE**

07-cv-9611 (PKC) (DFE)

Plaintiffs,

-against-

THE CITY OF NEW YORK; NEW YORK CITY POLICE DEPARTMENT ("NYPD") COMMISSIONER RAYMOND KELLY; NYPD ASSISTANT CHIEF BRUCE SMOLKA; NYPD DISORDER CONTROL UNIT COMMANDER THOMAS GRAHAM; NYPD LEGAL BUREAU LIEUTENANT DANIEL ALBANO; NYPD LIEUTENANT JOSEPH CANECO; NYPD OFFICER FIRST NAME UNKNOWN ("FNU") DELLEVALLE, SHIELD #6830; NYPD OFFICER KENNETH WAGNER, SHIELD #28519; NYPD OFFICER JOHN WARREN, SHIELD #13763; NYPD OFFICER JOSEPH SCHINZ, SHIELD #21951; NYPD OFFICER RAYMOND NG, SHIELD #21793; NYPD OFFICER, ANTHONY DIFRANCESCA, SHIELD # 4200; NYPD OFFICER "FNU" WOLF, SHIELD # UNKNOWN; CAUCASIAN FEMALE NYPD OFFICER FNU LAST NAME UNKNOWN, SHIELD # 22451; NYPD OFFICER "FNU" FURBUSH; NYPD OFFICER JUAN BERRIO, SHIELD #28430; NYPD SUPERVISORS AND COMMANDERS RICHARD AND MARY ROES 1-50; NYPD OFFICERS JOHN AND JULIE DOES 1-50; individually and in their official capacities, jointly and severally, (the names John and Jane Doe, as well as Richard and Mary Roe, being fictitious, as the true names of these defendants are presently unknown),

Defendants.

---

<u>NOTICE OF APPEARANCE</u>

PLEASE TAKE NOTICE that Gideon Orion Oliver hereby appears on behalf of Oliver &

Oliver as co-counsel for plaintiffs, effective October 29, 2007.  Please serve a copy of all papers to

be served in this matter, by ECF or otherwise, on appearing counsel.

DATED:    New York, New York
          December 3, 2007

                        OLIVER & OLIVER

               By:    _____/S/_____
                      GIDEON ORION OLIVER (GO8799)
                      c/o 200 East 10th St. #917
                      New York, New York 10003
                      646-602-9242

TO:    All Parties (by ECF)