# ROSE M. WEBER
ATTORNEY AT LAW
225 BROADWAY • SUITE 1607
NEW YORK, NEW YORK 10007

FAX: (212) 233-5633

TELEPHONE: (212) 748-3355

## MEMO ENDORSED

January 14, 2008

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/15/08
```

**BY FAX**
Honorable P. Kevin Castel
United States District Judge
500 Pearl Street
New York, NY 10007

Re: *Sheila Callaghan, et al. v. City of New York, et al.*, 07 Civ. 9611 (PKC)

Your Honor:

    Plaintiffs in the above-referenced matter respectfully request leave to file a Second Amended Complaint. Although the new complaint will add plaintiffs and defendants, it will not differ substantially from the current complaint in terms of the claims presented. Because defendants have not yet been served, I cannot represent to the Court whether they consent to this request.

    Thank you for your consideration in this matter.

Respectfully,

Rose M. Weber (RW 0515)

*Application granted provided amended pleading is filed within ten (10) days. SO ORDERED.*

[signed] USDJ 1-15-08