ROSE M. WEBER
ATTORNEY AT LAW
225 BROADWAY • SUITE 1607
NEW YORK, NEW YORK 10007

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/25/08

FAX: (212) 233-5633

TELEPHONE: (212) 748-3355

# MEMO ENDORSED

February 25, 2008

**BY FAX**
Honorable P. Kevin Castel
United States District Judge
500 Pearl Street
New York, NY 10007

*[Handwritten endorsement:]* Time to serve under Rule 4(m) for good cause shown extended to April 26, 2008. SO ORDERED. /s/ PKC 2-25-

Re: *Sheila Callaghan, et al. v. City of New York, et al.*, 07 Civ. 9611 (PKC)

Your Honor:

      The complaint in the above-referenced action was filed on October 29, 2007 and therefore, pursuant to Fed. R. Civ. P. 4(m), the defendants must be served on or before February 26, 2008. Plaintiffs respectfully request that the deadline for service be extended by sixty days (i.e., until April 26, 2008). We do not yet know who at the Law Department will be handling this case and, accordingly, have not been able to approach defendants to obtain their consent to this request.

      Plaintiffs have encountered various difficulties in attempting to effect service, most notably that certain defendants are no longer employed by NYPD. As the Court may be aware, there is a lengthy and cumbersome process involved in serving former police officers, which involves Police Legal reaching out to the officers for permission to accept service on their behalf. Plaintiffs anticipate that the additional time requested will permit this procedure to run its course and that we will be able to effect service on all defendants on or before April 26, 2008.

      Thank you for your consideration of this request.

Respectfully,

Rose M. Weber
Rose M. Weber (RW 0515)