UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------- x

SHEILA CALLAGHAN, et. al.,

                              Plaintiff,

-against-

THE CITY OF NEW YORK, et. al.,

                              Defendants.

------------------------------------------------------------------- x

**NOTICE OF APPEARANCE**

07-CV-9611 (PKC)(DFE)

      **PLEASE TAKE NOTICE** that the undersigned hereby appears as counsel for defendant The City of New York and requests that all future papers in this action be served upon the undersigned at the address stated below.

Dated:      New York, New York
               March 12, 2008

                                      MICHAEL A. CARDOZO
                                      Corporation Counsel of the
                                         City of New York
                                      *Attorney for Defendant City of New York*
                                      100 Church Street
                                      New York, New York 10007
                                      (212) 442-8248

                          By: _____/s/_____
                                MARK D. ZUCKERMAN

TO:    ROSE M. WEBER
         *Attorney for Plaintiff*
         225 Broadway, Ste. 1607
         New York, New York 10007
         (212) 748-3355