ROSE M. WEBER
ATTORNEY AT LAW
225 BROADWAY • SUITE 1607
NEW YORK, NEW YORK 10007

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/12/08
```

FAX: (212) 233-5633

TELEPHONE: (212) 748-3355

**MEMO ENDORSED**

March 11, 2008

*[Handwritten endorsement: April 26 is the end of the road. No further extension. SO ORDERED. /s/ PKC USDJ 3-12-08]*

**BY FAX**
Honorable P. Kevin Castel
United States District Judge
500 Pearl Street
New York, NY 10007

Re: *Sheila Callaghan, et al. v. City of New York, et al.*, 07 Civ. 9611 (PKC)

Your Honor:

By letter dated February 25, 2008, plaintiffs requested that the deadline for service of the Complaint in the above-referenced action be extended until April 26, 2008, and the Court "so ordered" the letter on the same date. Plaintiffs now write[1] to request respectfully that the service deadline for the Amended Complaint (which was filed on November 26, 2007) be extended until the same date (i.e., from March 25, 2008 to April 26, 2008) for the reasons laid out in their original letter.

Thank you for your consideration of this request.

Respectfully,

Rose M. Weber

Rose M. Weber (RW 0515)

cc: Mark Zuckerman, Esq. (by fax)

---

[1] I apologize for the piecemeal nature of these requests and any inconvenience that they have caused the Court. This litigation involves dozens of plaintiffs, dozens of defendants, and three plaintiffs' attorneys, with all the ensuing complications that one might imagine.