**ROSE M. WEBER**
ATTORNEY AT LAW
225 BROADWAY • SUITE 1607
NEW YORK, NEW YORK 10007

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/3/08
```

FAX: (212) 233-5633                                                    TELEPHONE: (212) 748-3355

# MEMO ENDORSED

April 3, 2008

*Conference adjourned from April 18 to May 12, 2008 at 9:45 a.m.*
*SO ORDERED*
*/s/ PKC  4-3-08*

**BY FAX**
Honorable P. Kevin Castel
United States District Judge
500 Pearl Street
New York, NY 10007

Re: *Sheila Callaghan, et al. v. City of New York, et al.*, 07 Civ. 9611 (PKC)

Your Honor:

By Order dated February 13, 2008, the Court set the initial conference in the above-referenced matter for April 18, 2008 at 4:00 p.m. Since then, the deadline to serve the complaint has been extended until April 26, 2008, and defendant City's time to answer or otherwise respond has been extended until May 12, 2008. Accordingly, the parties believe that a conference on April 18th would not be productive. The parties therefore jointly respectfully request that the conference be adjourned until a date convenient to the Court after May 12, 2008.

Thank you for your consideration of this request.

Respectfully,

Rose M. Weber

Rose M. Weber (RW 0515)

cc:   Mark Zuckerman, Esq. (by fax)