UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x

SHEILA CALLAGHAN

Plaintiff(s),

-against-

CITY OF NEW YORK

Defendant(s).

-----------------------------------------------------------x

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/12/08
```

0 7 Civ. 9611 (PKC)

ORDER

P. KEVIN CASTEL, District Judge:

As a result of a Pre-Trial Conference held before this Court today, the fol-
lowing is ORDERED:

1.   By June 20 2008, the ~~defendant(s)   parties~~ all plaintiff(s)
shall have provided to defendants' counsel releases under
section 160.50 of the NY Criminal Procedure Law.

2.   By _____ 200_, the plaintiff(s) ~~defendant(s)   parties~~
shall serve all named defendants within the ~~time~~ time
provided in Rule 4 (m) or the action will
~~have been~~ be dismissed as to any defendant who is
not so served.

*All*

3. Defendants' time to answer or move ~~will~~ is extended to a date to be set at the next conference.

4. As to defendant Shuhei Subhaw, upon application and for good cause shown, the time to serve under Rule 4 (m) is extended through July 11, 2008.

5.

6. The next conference in this matter will be held on July 18, 2008 at __NOON__ .

_____
P. Kevin Castel
United States District Judge

Dated: New York, New York
5 - 12 - 08