**MEMO ENDORSED**

**ROSE M. WEBER**
ATTORNEY AT LAW
225 BROADWAY • SUITE 1607
NEW YORK, NEW YORK 10007

FAX: (212) 233-5633

TELEPHONE: (212) 748-3355

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/23/08
```

June 20, 2008

*[Handwritten endorsement:] The final date for releases under section 160.50 is July 11, 2008. Any plaintiff who has not provided to defendants a fully executed release by that date will be dismissed from the action for failure to comply with this Court's order and/or failure to prosecute. SO ORDERED. [signed] P. Kevin Castel USDJ 6-23-08*

**BY FAX**
Honorable P. Kevin Castel
United States District Judge
500 Pearl Street
New York, NY 10007

Re: *Sheila Callaghan, et al. v. City of New York, et al.*, 07 Civ. 9611 (PKC)

Your Honor:

Pursuant to the Court's Order dated May 12, 2008, all plaintiffs in the above-referenced matter were to have provided § 160.50 releases to defendants by today's date. To a great extent, plaintiffs have complied with the Order. As of today, 92 releases have been provided. Of the remaining 20 plaintiffs, four have decided not to go forward, leaving 16 releases outstanding.

As to those 16 individuals, we have either not been able to reach them thus far, or they are out of the country and not able to execute releases. Accordingly, 15 of those plaintiffs[1] (Bell, Bergin, Birth, Bomanici, Brodie, Callaghan, Foster, Ghandnoosh, Klett, Laviano, Merbitz, Namer, Nuckel, Pagano, and Yen) respectfully request an additional three weeks (i.e., until July 11, 2008) to provide releases. Defendants do not object to this request.

On a separate topic, in regard to the question of whether the instant matter should be considered related to other cases, it appears that the parties are in agreement that *Callaghan*

---

[1] The 16th plaintiff (Elizabeth Shura) will be out of the country until August, but she provided the Law Department with a § 160.50 release in connection with another lawsuit, and Mr. Zuckerman should be able to obtain the records from the ACC handling that case.

should remain on Your Honor's docket. Plaintiffs therefore do not intend to submit reply papers in response to Mr. Zuckerman's letter to the Court in this regard.

Thank you for your consideration in this matter.

Respectfully,

Rose M. Weber

Rose M. Weber (RW 0515)

cc: Mark Zuckerman, Esq. (by fax)

-2-