UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

CALLAGHAN, et al.

                  Plaintiff(s),

    -against-

CITY OF NEW YORK, et al.

                  Defendant(s).

------------------------------------------------------------x

07 Civ. 9611 (PKC)

ORDER

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/18/08

P. KEVIN CASTEL, District Judge:

    As a result of a Pre-Trial Conference held before this Court today, the following is ORDERED:

1. By July 25, 2008, the ~~plaintiff(s)~~ ~~defendant(s)~~ (counsel shall) ~~parties~~ ~~shall~~ provide the last known address for Shuhel Subhan and the time to serve him under Rule 4(m) is extended to August 29, 2008.

2. By July 25, 200_, the ~~plaintiff(s)~~ ~~defendant(s)~~ parties shall submit a stipulation regarding plaintiffs to be dismissed for failure to provide section 160.50 releases. ~~Further~~ By August 15, plaintiff shall provide a proposed stipulation of dismissal of defendants to be dismissed as a result of plaintiff dismissals.

-2-

3. The time for all defendants to answer or move with respect to the complaint is November 14, 2008.

4.

5.

6. The next conference in this matter will be held on ~~September 19~~ November 25, ~~200_~~ at ~~___~~ at 9:30 am.

_____
P. Kevin Castel
United States District Judge

Dated: New York, New York
July 18, 2008