RECEIVED

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------ x

CHAMBERS OF
P. KEVIN CASTEL
U.S.D.J.

SHEILA CALLAGHAN, et. al.,

Plaintiff,

**ORDER OF DISMISSAL
PURSUANT TO F.R.C.P.
41(b)**

-against-

THE CITY OF NEW YORK, et. al.,

Defendants.

**07-CV-9611 (PKC)(DFE)**

------------------------------------------------------------------------ x

**WHEREAS,** the Court on May 12, 2008, having ordered that all plaintiffs provide fully executed C.P.L. §160.50 releases to defendants by June 20, 2008; and

**WHEREAS,** the Court on June 23, 2008, having extended plaintiffs' time to provide said releases to defendants to July 11, 2008 or be dismissed from this action with prejudice; and

**WHEREAS,** the plaintiffs Natalie Bell, Peter Bergin, Nicholas Birth, Thomas Bonamici, Jonathan Davis, Ben Foster, Elizabeth Merbitz, Matthew Namer, Ryan Nuckel, Gabriel Pagano, Timothy Shea, Jason Yen, Toby Leah Bochan, Brion Bonkowski, Benjamin Brodie, Jeffrey Gano, Zachary Gelnaw-Rubin, Jason Godlewitz, Bridget Kennedy, Jared Klett, Christopher Neff and Naomi Renek failed to provide defendants said releases as ordered by the Court; therefore

**IT IS HEREBY ORDERED** that all claims of plaintiffs Natalie Bell, Peter Bergin, Nicholas Birth, Thomas Bonamici, Jonathan Davis, Ben Foster, Elizabeth Merbitz, Matthew Namer, Ryan Nuckel, Gabriel Pagano, Timothy Shea, Jason Yen, Toby Leah Bochan, Brion Bonkowski, Benjamin Brodie, Jeffrey Gano, Zachary Gelnaw-Rubin, Jason Godlewitz,



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 8/1/08

Bridget Kennedy, Jared Klett, Christopher Neff and Naomi Renek are dismissed with prejudice

pursuant to Rule 41(b), Federal Rules of Civil Procedure, without costs or attorneys' fees.

U.S.D.J.

Richard J. Holwell

Part I

Dated: New York, New York
        July **31**, 2008