# ROSE M. WEBER
ATTORNEY AT LAW
225 BROADWAY • SUITE 1607
NEW YORK, NEW YORK 10007

FAX: (212) 233-5633

TELEPHONE: (212) 748-3355

## MEMO ENDORSED

July 10, 2008

**BY FAX**
Honorable P. Kevin Castel
United States District Judge
500 Pearl Street
New York, NY 10007

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/7/08
```

Re: *Sheila Callaghan, et al. v. City of New York, et al.*, 07 Civ. 9611 (PKC)

Your Honor:

By Order dated May 12, 2008, the Court extended plaintiffs' time to serve defendant Suhel Subhan until July 11, 2008. As the Court may recall, Mr. Subhan no longer works for NYPD and defense counsel was having trouble reaching him in regard to whether he would agree to have Police Legal accept service on his behalf. I am advised that, to date, Mr. Zuckerman still has not been able to reach Mr. Subhan.

At this point, plaintiffs respectfully request that the Court order the Law Department to turn over Mr. Subhan's last known address so that we may attempt service at his home. Plaintiffs also respectfully request that the deadline for service on Mr. Subhan be extended until thirty days after we receive the address. Defendants consent only to an extension of the service deadline.

Thank you for your consideration of these requests.

Respectfully,

Rose M. Weber (RW 0515)

*Application granted. Provide last known address for Mr. Subhan. Time to serve extended for 30 days. SO ORDERED. /s/ [signature] USDJ 8-7-08*

cc: Mark Zuckerman, Esq. (by fax)