# MEMO ENDORSED

**ROSE M. WEBER**
ATTORNEY AT LAW
225 BROADWAY • SUITE 1607
NEW YORK, NEW YORK 10007

FAX: (212) 233-5683                                TELEPHONE: (212) 748-3355

August 23, 2008

**BY FAX**
Honorable P. Kevin Castel
United States District Judge
500 Pearl Street
New York, NY 10007

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/25/08
```

Re: *Sheila Callaghan, et al. v. City of New York, et al.*, 07 Civ. 9611 (PKC)

Your Honor:

   Plaintiffs write to supplement their letter to the Court dated August 19, 2008. After sending the letter, I was advised by Mr. Zuckerman that an additional officer (Vincent Fiore) is retired from NYPD. Indeed, Mr. Fiore retired in January of this year. This is very troubling, and underscores the point that plaintiffs raised in their earlier letter – that at least some of the command information provided by the NYPD Wheel is seriously out of date.

   Accordingly, and with defendants' consent, plaintiffs respectfully request that the deadline to serve Mr. Fiore also be extended by thirty days (i.e., until September 26, 2008).

   Thank you for your consideration of this request.

*Application granted*
*SO ORDERED*
[signature] USDJ
8-25-08

Respectfully,

[signature]
Rose M. Weber (RW 0515)