```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/12/08
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ x

SHEILA CALLAGHAN, et. al.,

                                             Plaintiff,

-against-

THE CITY OF NEW YORK, et. al.,

                                            Defendants.

------------------------------------------------------------ x

**STIPULATION AND ORDER OF DISMISSAL**

07-CV-9611 (PKC)(DFE)

**THE PARTIES HEREBY STIPULATE AND AGREE** that all of plaintiffs' claims against defendants Louis Chiaccheri, Anthony Susi and David Szabolcs be dismissed with prejudice, without attorneys' fees or costs.

ROSE WEBER, ESQ.
Attorney for Plaintiffs
225 Broadway, Suite 1607
New York, New York 10007

By: _____
    Rose M. Weber, Esq.
    Attorney for Plaintiffs

MICHAEL A. CARDOZO
Corporation Counsel of the
City of New York
Attorney for Defendant City of New York
100 Church Street, Room 3-211
New York, N.Y. 10007
(212) 442-8248

By: _____
    Mark D. Zuckerman
    Senior Counsel

SO ORDERED:

_____
U.S.D.J.

9-11-08